# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TGI FRIDAY'S INC., | 1:15-cv-0592-AWI-SAB |
|         Plaintiff, | **ORDER DENYING REQUEST TO RESCHEDULE HEARING TO ALLOW FOR ORAL ARGUMENT ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** |
|      v. | |
| STRIPES RESTAURANTS, INC., JOHN PARDINI, and ROBERT PARDINI, | |
|         Defendants. | (Doc. #36) |
| _____/ | |

Plaintiff TGI FRIDAY'S Inc. ("Plaintiff") previously filed a motion for preliminary injunction based on a Lanham Act claim for unauthorized use of trademarks by Stripes Restaurants, Inc., John Pardini, and Robert Pardini (collectively "Defendants").  On May 27, 2015, the court issued a minute order vacating this motion's hearing previously scheduled for June 1, 2015 and submitting the matter for decision on the papers pursuant to Local Rule 230(g). Defendants immediately filed a request to reschedule the hearing to allow for oral arguments on the motion for preliminary injunction to its previously scheduled date and time, June 1, 2015, at 1:30 p.m., at the Robert E. Coyle United States Courthouse, 2500 Tulare St., Eighth Floor, Courtroom 2, Fresno, CA 93721.  Under Local Rule 230(g), the court may do so in its discretion. The court, however, finds that the matter has been adequately presented on the papers and that it would not be further aided by oral arguments.  Defendants' request to reschedule the hearing to allow for oral arguments is denied.

IT IS SO ORDERED.

Dated:   May 28, 2015          _____
                    SENIOR  DISTRICT  JUDGE

1