HAYNES AND BOONE, LLP
Mark D. Erickson/Bar No. 104403
    mark.erickson@haynesboone.com
Martin M. Ellison/Bar No. 292060
    martin.ellison@haynesboone.com
600 Anton Blvd., Suite 700
Costa Mesa, California 92626
Telephone:   (949) 202-3000
Facsimile:   (949) 202-3001

Deborah S. Coldwell*
    deborah.coldwell@haynesboone.com
Katie Dolan-Galaviz*
    katie.dolan-galaviz@haynesboone.com
Jamee Cotton*
    jamee.cotton@haynesboone.com
2323 Victory Avenue, Suite 700
Dallas, Texas 75219
Telephone:   (214) 651-5000
Facsimile:   (214) 200-0563
*Admitted *Pro Hac Vice*

Attorneys for Plaintiff
TGI FRIDAY'S INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TGI FRIDAY'S INC.,<br><br>    Plaintiff,<br><br>vs.<br><br>STRIPES RESTAURANTS, INC., JOHN PARDINI, and ROBERT PARDINI,<br><br>    Defendants. | Case No. 1:15-cv-00592-AWI-SAB<br><br>HON. ANTHONY W. ISHII<br>COURTROOM 2<br><br>**STIPULATION RE: PRELIMINARY INJUNCTION** |

    This Stipulation is made between and among Plaintiff TGI Friday's Inc. ("Fridays") and Defendants Stripes Restaurants, Inc., John Pardini, and Robert Pardini ("collectively. Defendants").

    WHEREAS (i) the franchise agreement between Fridays and Stripes Restaurants, Inc., whereby Fridays granted a franchise for the exclusive use of, among other things, Fridays'

1
**STIPULATION RE: PRELIMINARY INJUNCTION**

distinctive system, which includes, without limitation, the distinguishing characteristics of distinctive exterior and interior design and layout, including specially designed décor, furnishings and color schemes, special recipes, menu items and full service bar, menu formats, uniform standards, procedures and techniques for food and beverage preparation and service, automated management information and control systems for inventory controls, cash controls and sales analysis, technical assistance and training through course instruction and manuals, and advertising and promotional programs for the establishment and operation of a TGI Fridays™ Restaurant (collectively the "System"), Fridays' trade names, service marks, logos, insignias, slogans, emblems, symbols and designs, including "TGI Fridays" and "Fridays," (collectively the "Proprietary Marks") and other proprietary materials in Elk Grove, California, (ii) the franchise agreement between Fridays and Stripes Restaurants, Inc., whereby Fridays granted a franchise for the exclusive use of, among other things, the System, the Proprietary Marks, and other proprietary materials in Cupertino, California, (iii) the franchise agreement between Fridays and Stripes Restaurants, Inc., whereby Fridays granted a franchise for the exclusive use of, among other things, the System, the Proprietary Marks, and other proprietary materials in San Mateo, California, and (iv) the franchise agreement between Fridays and Stripes Restaurants, Inc., whereby Fridays granted a franchise for the exclusive use of, among other things, the System, the Proprietary Marks, and other proprietary materials in Roseville, California (collectively, the "Franchise Agreements"), were properly terminated on March 24, 2015.

WHEREAS, Defendants lost possession of the Elk Grove Restaurant pursuant to the Writ of Execution dated April 9, 2015 and issued by the Superior Court of California, County of Sacramento.

WHEREAS, Fridays filed the Complaint for Trademark Infringement, Unfair Competition, and Breach of Contract, DE #1, on April 15, 2015.

WHEREAS, Fridays filed a Motion for Preliminary Injunction, DE #11, on April 28, 2015 (the "Motion").

WHEREAS, the hearing on the Motion set for hearing before this Court, the Honorable Anthony W. Ishii presiding, on June 1, 2015, at 1:30 p.m. was vacated on May 27, 2015 and the matter submitted for decision on the papers pursuant to Local Rule 230(g).

WHEREAS, the parties have agreed to settle their disputes and, in connection therewith, Defendants have stipulated and agreed to an injunction against them as outlined herein.

IT IS HEREBY STIPULATED AND AGREED that Fridays is entitled to a preliminary injunction against Defendants. As such, Defendants, their agents, servants, employees, and attorneys, and all those who act in concert or participation with them, are preliminarily restrained and enjoined from the following acts:

a. Using the System, the Proprietary Marks, and other proprietary materials, except as authorized by Fridays. Defendants must remove all point of sale materials that Fridays furnished or approved, interior and exterior signage, displays, and other materials bearing the Proprietary Marks or material confusingly similar to the Proprietary Marks, particularly these items located at 7101 Laguna Boulevard, Elk Grove, California 95758 (the "Elk Grove Restaurant"), 10343 North Wolfe Road, Cupertino, California 95014 (the "Cupertino Restaurant"), 3101 South El Camino Real, San Mateo, California 94403 (the "San Mateo Restaurant"), and at 1168 Galleria Boulevard, Roseville, California 95678 (the "Roseville Restaurant");

b. Except as authorized by Fridays, conducting business and operations using the System, the Proprietary Marks, and other proprietary materials, including at the Elk Grove Restaurant, Cupertino Restaurant, San Mateo Restaurant, and at the Roseville Restaurant; and

c. Except as authorized by Fridays, marketing or promoting themselves as Fridays' franchisees at the Elk Grove Restaurant, Cupertino Restaurant, San Mateo Restaurant, and at the Roseville Restaurant, through and with the System and the Proprietary Marks and other proprietary materials.

IT IS FURTHER STIPULATED AND AGREED that Defendants must de-identify the Cupertino Restaurant and the San Mateo Restaurant on or before June 30, 2015. De-identification

includes, but is not limited to, removing all point of sale materials that Fridays furnished or approved, interior and exterior signage, displays, and other materials bearing the Proprietary Marks or names or material confusingly similar to the Proprietary Marks located at the Cupertino Restaurant and the San Mateo Restaurant.

IT IS FURTHER STIPULATED AND AGREED that Defendants shall make best efforts, including by exercising all of their rights under the applicable California law, to ensure that all point of sale materials that Fridays furnished or approved, interior and exterior signage, displays, and other materials bearing the Proprietary Marks or names or material confusingly similar to the Proprietary Marks are removed from the Elk Grove Restaurant on or before June 30, 2015.

IT IS FURTHER STIPULATED AND AGREED that Defendants must provide Fridays with a fully executed agreement for the sale of the assets of the Roseville Restaurant to Marlu Investment Group/Tony Lutfi, or to a buyer approved by Fridays in its sole discretion, to Fridays by June 30, 2015. If Defendants fail to provide the agreement described herein by June 30, 2015, then Defendants must de-identify the Roseville Restaurant on or before July 16, 2015. De-identification includes, but is not limited to, removing all point of sale materials that Fridays furnished or approved, interior and exterior signage, displays, and other materials bearing the Proprietary Marks or names or material confusingly similar to the Proprietary Marks located at the Roseville Restaurant.

IT IS FURTHER STIPULATED AND AGREED that Defendants shall pay to Fridays the amount of $25,000.00 in certified funds on or before June 30, 2015 for a limited license to use the Proprietary Marks, as described above or as otherwise authorized by Fridays, through June 30, 2015.

IT IS FURTHER STIPULATED AND AGREED the parties waive any requirement of a bond or surety arising out of the grant of this preliminary injunction.

SO STIPULATED.

| | | |
|---|---|---|
| 1 | DATED: May 29, 2015 | HAYNES AND BOONE, LLP |
| 2 | | |
| 3 | | By: /s/ Deborah S. Coldwell |
| 4 | | Deborah S. Coldwell |
| | | Mark D. Erickson |
| 5 | | Katie Dolan-Galaviz |
| | | Martin M. Ellison |
| 6 | | Jamee Cotton |
| 7 | | Attorneys for Plaintiff |
| | | TGI FRIDAY'S INC. |
| 8 | | |
| 9 | DATED: May 29, 2015 | TROUTMAN SANDERS LLP |
| 10 | | |
| 11 | | By: /s/ Martin W. Taylor |
| 12 | | Martin W. Taylor |
| | | Jennifer Mathis |
| 13 | | William Droze |
| | | Michael McCarthy |
| 14 | | Attorneys for Defendants |
| | | STRIPES RESTAURANTS, INC., JOHN |
| 15 | | PARDINI, AND ROBERT PARDINI |

5
STIPULATION RE: PRELIMINARY INJUNCTION

# **CERTIFICATE OF SERVICE**

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 600 Anton Boulevard, Suite 700, Costa Mesa, California 92626.

I hereby certify that on *May 29, 2015,* I electronically filed the foregoing documents described as: ***STIPULATION RE: PRELIMINARY INJUNCTION*** with the Clerk of Court using the CM/ECF System, which will send notice of such filing to the following registered CM/ECF users:

| | |
|---|---|
| Martin W. Taylor, Esq. <br> marty.taylor@troutmansanders.com <br> Jennifer Mathis, Esq. <br> jennifer.mathis@troutmansaunders.com <br> Michael McCarthy, Esq. <br> michael.mccarthy@troutmansanders.com <br> Troutman Sanders LLP <br> 5 Park Plaza, Suite 1400 <br> Irvine, CA  92614 <br> Telephone:  (949) 622-2700 <br> Facsimile:  (949) 622-2739 <br> *[Attorneys for Defendants]* | William Droze, Esq. <br> william.droze@troutmansanders.com <br> 600 Peachtree Street, N.E. <br> Suite 5200 <br> Atlanta, GA  30308 <br> Telephone:  (404) 885-3468 <br> Facsimile:   (404) 962-6547 <br> *[Attorney for Defendants]* |

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on *May 29, 2015,* at Costa Mesa, California.

*Kelley L. Saunders*
Kelley L. Saunders