# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TGI FRIDAY'S INC., | Case No.  1:15-cv-00592-AWI-SAB |
| Plaintiff, | ORDER REQUIRING PARTIES TO SUBMIT DISPOSITIONAL DOCUMENTS |
| v. | (ECF No. 39) |
| STRIPES RESTAURANTS, INC., et al., | |
| Defendants. | |

On April 28, 2015, Plaintiff filed a motion for a preliminary injunction in this action.  On May 29, 2015, Plaintiff filed a stipulation regarding Plaintiff's motion for a preliminary injunction and a notice of settlement informing the Court that the parties have reached settlement resolving this action.  Accordingly, it is HEREBY ORDERED that:

1.      All pending matters and dates are VACATED; and

2.      The parties shall file dispositional documents on or before July 17, 2015.

IT IS SO ORDERED.

Dated:   **June 1, 2015**

UNITED STATES MAGISTRATE JUDGE

1